# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ROGELIO BOLUFE IZQIUERDO,

    Petitioner,

v.

WARDEN, TORRANCE COUNTY
DETENTION FACILITY,

    Respondent.

No. 26-cv-1117-SMD-JHR

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order Dismissing Duplicate Habeas Filing entered contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned civil habeas action is **DISMISSED without prejudice**.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE